# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Craig Thomas Bates

Plaintiff

v.

M.L. Turner, Division Director,
R.T. O'Dell, Warden, T. Rice, Assistant
Warden and P.O. Malley, Section Director

Defendants

Case No. Civil 00-2324 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed in forma pauperis is denied.

DATE: November 16, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk