**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Craig Thomas Bates, Civil No. 00-2324 (DWF/RLE)

Plaintiff,

v. **ORDER**

M. L. Turner, Division Director;
R. T. O'Dell, Warden; T. Rice, Assistant
Warden; and P. O'Malley, Section Director,

Defendants.

---

Craig T. Bates, Pro Se, #5535/162673, Prairie Correctional Facility, Box 500, Appleton, MN 56208-0500, Plaintiff.

John W. Riches, Esq., Prairie Correctional Facility, Staff Personnel, P.O. Box 157, Appleton, MN 56208-0157, counsel for Defendants.

---

This matter is before the Court upon Plaintiff's objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated January 26, 2001, recommending that Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction be denied as moot.

The Court has conducted a *de novo* review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based upon the Court's review of the record and the Court having reviewed the arguments and submissions of the parties, and the Court being otherwise duly advised in the premises, the Court hereby adopts the Report and Recommendation of Magistrate Judge Erickson in all respects.

Accordingly, **IT IS HEREBY ORDERED** THAT:

MAR 08 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Magistrate Judge Raymond L. Erickson's Report and Recommendation dated January 26, 2001 (Doc. No. 21), is **ADOPTED**.

2. Plaintiff Craig T. Bates' Motion for Temporary Restraining Order and for Preliminary Injunction (Doc. No. 18) is **DENIED AS MOOT**.

Dated: March 8, 2001

DONOVAN W. FRANK
Judge of United States District Court