# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case No. Civil 00-2324 DWF/RLE

Craig Thomas Bates

Plaintiff

**JUDGMENT IN A CIVIL CASE**

v.

M.L. Turner, Division Director;
R.T. O'Dell, Warden' T. Rice,
Assistant Warden; and P. O'Malley,
Securtiy Director.

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Magistrate Judge Raymond L. Erickson's Report and Recommendation is adopted. Plaintiff's motion for summary judgment is denied. Defendant's motion for summary judgment is granted.

DATE: August 9, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

32